UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TONEY B. ADKINS, | ) | No. ED CV 04-01499-VBK |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment, insofar as it requests remand for a new hearing, is **GRANTED**, and, insofar as it requests an award of benefits, is **DENIED**. The Commissioner's Cross-Motion for Summary Judgment is **DENIED**, and the matter is remanded accordingly.

DATED:  September 14, 2005

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE